# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEO P. FLANGAS,
                    Appellant,
        vs.
MAIN GATE LAND, LLC,
                    Respondent.

No. 69740

FILED

SEP 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Susan Scann, District Judge
       Robert Saint-Aubin, Settlement Judge
       Flangas Law Firm, Ltd.
       Sylvester & Polednak, Ltd.
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-28579